No. 131. ROBERT D. KINNEY, PLAINTIFF IN ERROR, *v.* JAMES T. MITCHELL. In error to the Circuit Court of the United States for the Eastern District of Pennsylvania. Argued for defendant in error and submitted for plaintiff in error December 13, 1906. Decided December 17, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Mr. Robert D. Kinney pro se. Mr. Marlin E. Olmsted* and *Mr. Samuel Dickson* for respondent.

No. —, Original. *Ex parte:* IN THE MATTER OF FRANK D. ZELL, PETITIONFR. Submitted December 13, 1906. Decided December 17, 1906. *Per Curiam.* Motion for leave to file petition for writs of prohibition or mandamus denied. *Mr. Charles L. Frailey, Mr. Charles H. Burr, Mr. Reynolds D. Brown* and *Mr. Malcolm Lloyd, Jr.,* for petitioner

No. 124. PEARL H. SMITH, APPELLANT, *v.* SAMUEL G. IVERSON AS STATE AUDITOR, ETC. Appeal from the Circuit Court of the United States for the District of Minnesota. Argued December 12, 1906. Decided December 17, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Hohorst v. Hamburg-American Packet Company,* 148 U. S. 262; *In re Hohorst,* 150 U. S. 653; *McLish v. Roff,* 141 U. S. 661; *Bowker v. United States,* 186 U. S. 135, 138. *Mr. H. H. Grace, Mr. John Brennan* and *Mr. T. D. O'Brien* for appellant. *Mr. Coryate S. Wilson* and *Mr. Edward T. Young* for appellee.